UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCIA GLICK, o/b/o JULES GLICK,

                Plaintiff,

   -against-

CHARLES E. JOHNSON, Acting Secretary of the
Department of Health and Human Services,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
09-CV- 0666 (CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 9, 2011, reversing the Secretary's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding the claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Secretary's decision is reversed; and that the claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       December 09, 2011

s/DCP

DOUGLAS C. PALMER
Clerk of Court